# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TIMOTHY BOISVERT, | ) |
| | ) Case No.: 3:20-cv-05612-RV-HTC |
| Plaintiff, | ) |
| | ) **NOTICE OF SETTLEMENT** |
| – vs – | ) |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, TIMOTHY BOISVERT ("Plaintiff"), and Defendant, GC SERVICES, LP ("Defendant"), have reached settlement in the above-captioned action. Plaintiff anticipates filing a Notice of Voluntary Dismissal within forty-five (45) days once settlement documents are executed. Pending the Notice of Voluntary Dismissal, Plaintiff respectfully requests that all pending deadlines be vacated.

RESPECTFULLY SUBMITTED,

Dated: August 27, 2020

By: */s/ Jason S. Weiss*
Jason S. Weiss
Florida Bar #356890
**WEISS LAW GROUP, P.A.**
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798
E: Jason@jswlawyer.com

- 1 -

NOTICE OF SETTLEMENT

1

2

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2020, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed using the Court's CM/ECF system, which will notify all attorneys of record.

4

5

By: */s/ Jason S. Weiss*
                Jason S. Weiss
                Florida Bar #356890

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF SETTLEMENT