UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

TIMOTHY BOISVERT, )  Case No. 3:20-cv-05612-RV-HTC
)
    Plaintiff, )
)
v. )  **JOINT STIPULATION OF DISMISSAL**
)  **WITH PREJUDICE**
GC SERVICES, LP, )
)
    Defendant. )
)

Plaintiff, TIMOTHY BOISVERT ("Plaintiff"), and Defendant, GC SERVICES, LP ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED,

Dated: October 5, 2020

| | |
|---|---|
| By: /s/ Jason S. Weiss | By: Ryan Kent Hilton (with permission) |
| Jason S. Weiss | Ryan Kent Hilton |
| Florida Bar #356890 | Butler Weihmuller Katz Craig LLP |
| WEISS LAW GROUP, P.A. | Tampa Fl |
| 5531 N. University Drive, Suite 103 Coral Springs, FL 33067 | 400 North Ashley Drive, Ste 2300 Tampa, Fl 33602 |
| Tel: (954) 573-2800 | Tel: 813-281-1900 |
| Fax: (954) 573-2798 | Fax: 813-281-0900 |
| E: Jason@jswlawyer.com | Email: rhilton@butler.legal |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2020, a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL was filed using the Court's CM/ECF system, which will notify all attorneys of record.

Ryan Kent Hilton
Butler Weihmuller Katz Craig LLP
Tampa Fl
400 North Ashley Drive, Ste 2300
Tampa, Fl 33602
Tel: 813-281-1900
Fax: 813-281-0900
Email: rhilton@butler.legal
*Counsel for Defendant*

By: */s/ Jason S. Weiss*
Jason S. Weiss
Florida Bar #356890
WEISS LAW GROUP, P.A.
5531 N. University Drive, Suite 103 Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798
E: Jason@jswlawyer.com